| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA<br><br>-against-<br><br>OSCAR ALMANZAR,<br><br>                              Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: <u>9/18/2020</u><br><br>14 Cr. 468-4 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

It is hereby ORDERED that the violation of supervised release hearing scheduled for October 8, 2020 is ADJOURNED to **October 28, 2020**, at **9:00 a.m**.

SO ORDERED.

Dated: September 18, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge