```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020

-against-

OSCAR ALMANZAR,

                      Defendant.

14 Cr. 468-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for October 28, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 21, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge