```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

OSCAR ALMANZAR,

                       Defendant.

14 Cr. 468-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a violation of supervised release hearing in this action on **February 1, 2020**, at **11:00 a.m.**, using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) ("[C]onsiderations make it increasingly necessary for judges in this District to conduct proceedings remotely, by videoconference or other means."). Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public will be provided with access information to the audio feed of the hearing in a subsequent order.

    SO ORDERED.

Dated: January 7, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge