UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

OSCAR ALMANZAR,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2021_

14 Cr. 468-4 (AT)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

      The Court's order at ECF No. 529 is AMENDED as follows: The Court will hold a violation of supervised release hearing in this action on **February 1, 2021**, at **11:00 a.m.**, using the Court's videoconferencing software.  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) ("[C]onsiderations make it increasingly necessary for judges in this District to conduct proceedings remotely, by videoconference or other means."). Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding.  Co-counsel, members of the press, and the public may access the audio feed by dialing 855-268-7844, and entering access code 67812309# and pin number 9921299#.

      SO ORDERED.

Dated: January 29, 2021
       New York, New York

ANALISA TORRES
United States District Judge